IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAN DRAKE,

    Plaintiff,                      No. CIV S-05-2075 DFL GGH P

    vs.

MIKE WHITE, et al.,

    Defendants.             ORDER

_____/

On March 30, 2006, the court recommended that this action be dismissed for plaintiff's failure to return the forms necessary to effect service. On April 24, 2006, plaintiff submitted these forms.

Good cause appearing, IT IS HEREBY ORDERED that the March 30, 2006, findings and recommendations are vacated.

DATED:  6/5/06

                                                /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

GGH:kj
drak2075.vac