IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DEAN C. DRAKE,**<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**MIKE WHITE, et al.,**<br><br>　　　　　　　　　Defendants. | 2:05-cv-2075 DFL GGH PC<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

　　　　Defendants' first request for an extension of time to file a responsive pleading to Plaintiff's complaint was considered by this Court and, good cause appearing,

　　　　IT IS HEREBY ORDERED that Defendants have a 30 day extension of time, from the date of service of this order, to file their response to Plaintiff's complaint.


Dated: 8/14/06　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Court Magistrate Judge


dr2075.eot

[Proposed] Order

1