IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAN C. DRAKE,

       Plaintiff,               No. CIV S-05-2075 DFL GGH P

   vs.

MIKE WHITE, et al.,

       Defendants.      ORDER

_____/

         On September 13, 2006, defendant Runnels filed a request for extension of time to respond to plaintiff's complaint.

         Good cause appearing, IT IS HEREBY ORDERED that on or before September 25, 2006, defendant Runnels may file a response to plaintiff's complaint.

DATED:  9/20/06

                     /s/ Gregory G. Hollows

                     _____
                     GREGORY G. HOLLOWS
                     UNITED STATES MAGISTRATE JUDGE

ggh:kj
dr2075.eot

1