IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAN DRAKE,

    Plaintiff,                      No. CIV S-05-2075 DFL GGH P

    vs.

MIKE WHITE, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        On August 21, 2006, plaintiff filed a motion for sanctions against defendants Whitehead and Grannis. Plaintiff argues that defendants did not timely respond to his complaint. Executed service as to defendant Whitehead has not yet been returned to the court. On September 5, 2006, defendant Grannis filed a waiver of service stating that her response to plaintiff's complaint was due within 60 days of July 25, 2006. Defendants Whitehead and Grannis did not fail to file timely responses to plaintiff's complaint.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's August 21, 2006, motion for sanctions is denied.

DATED: 9/26/06                           /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
dra2075.san                          UNITED STATES MAGISTRATE JUDGE

1