IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAN DRAKE,

      Plaintiff,                     No. CIV S-05-2075 DFL GGH P

    vs.

MIKE WHITE, et al.,

      Defendants.            <u>ORDER</u>

/

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

      On June 6, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Karen Whitehead was returned unserved because "per CSP womens fac. Not emplyed, no forwarding info." Plaintiff must provide additional information to serve this defendant, including ascertaining whether he has spelled the name correctly. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3  along with an instruction sheet and a copy of the complaint filed October 14, 2005;

4  2. Within sixty days from the date of this order, plaintiff shall complete and

5  submit the attached Notice of Submission of Documents to the court, with the following

6  documents:

7  a. One completed USM-285 form for defendant Karen Whitehead;

8  b. One copy of the endorsed complaint filed October 14, 2005; and

9  c. One completed summons form (if not previously provided)

10  or show good cause why he cannot provide such information.

11  DATED: 4/2/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
drak2075.8e

```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10   DEAN DRAKE,
11              Plaintiff,              No. CIV S-05-2075 DFL GGH P
12        vs.
13   MIKE WHITE, et al.,
14              Defendants.             NOTICE OF SUBMISSION
15   _____/      OF DOCUMENTS
16         Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18              __1__          completed summons form
19              __1__          completed USM-285 forms
20              __2__          copies of the __October 14, 2005__
                                              Complaint
21   DATED:
22
23                                      _____
                                        Plaintiff
24
25
26
```