IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAN CLAY DRAKE,

    Plaintiff,                                    No. CIV S-05-2075 RRB GGH P

    vs.

MIKE WHITE, et al.,

    Defendants.                                   ORDER

_____/

    On October 22, 2007, defendants filed a motion to dismiss. On November 13, 2007, plaintiff filed a response to the motion to dismiss. In this response, plaintiff requests an extension of time to file an opposition because he does not have access to his legal property.

    Good cause appearing, IT IS HEREBY ORDERED that plaintiff is granted twenty days from the date of this order to file an opposition to defendants' motion to dismiss; if plaintiff is still without access to his legal property, he shall inform the court within that time.

DATED: 01/15/08

                                              /s/ Gregory G. Hollows

                                              UNITED STATES MAGISTRATE JUDGE

dr2075.ord