IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DEAN C. DRAKE,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**MIKE WHITE, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:05-cv-2075 JAM GGH P<br><br>**ORDER STAYING DISCOVERY AS TO GRANNIS AND RUNNELS** |

　　Defendants' request for a protective order staying discovery as to Grannis and Runnels was considered by this Court and, good cause appearing,

　　IT IS ORDERED that discovery is stayed as to Grannis and Runnels pending the Court's final ruling on the Magistrate Judge's findings and recommendations, recommending that the claims against these Defendants be dismissed.

Dated: 07/16/08

　　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　　United States District Court Magistrate Judge

dr2075.sta

[Proposed] Order Staying Discovery as to Grannis and Runnels

1