1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DEAN DRAKE,

11            Plaintiff,                    No. CIV S-05-2075 JAM GGH P

12        vs.

13   MIKE WHITE, et al.,

14            Defendants.              ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On March 15, 2007, the magistrate judge filed findings and recommendations

20   herein (Docket 38) which were served on plaintiff and which contained notice to plaintiff that

21   any objections to the findings and recommendations were to be filed within twenty days.  On

22   April 4, 2007, plaintiff filed a motion to amend the judgment.  The court construes this motion as

23   objections to the findings and recommendations (Docket 41).

24            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

25   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

26   file, the court finds the findings and recommendations to be supported by the record and by

1

1   proper analysis.

2         Accordingly, IT IS HEREBY ORDERED that:

3         1.  The findings and recommendations filed March 15, 2007, are adopted in full;

4         2.  The claims against defendants Runnels and Grannis contained in the complaint

5   are dismissed.

6   DATED: August 26, 2008.

7

8                       /s/ John A. Mendez
                        UNITED STATES DISTRICT JUDGE

9

10  dr2075.804

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26