IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAN DRAKE,

    Plaintiff,                      No. CIV S-05-2075 JAM GGH P

    vs.

MIKE WHITE, et al.,

    Defendants.             <u>ORDER</u>

           /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 27, 2008, the magistrate judge filed findings and recommendations herein (Docket 53) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On May 12, 2008, plaintiff was re-served with the findings and recommendations to his most current address. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1.  The findings and recommendations filed March 27, 2008, are adopted in full; and

2.  Defendant's October 22, 2007, motion to dismiss is denied.

DATED: August 26, 2008

          /s/ John A. Mendez
          UNITED STATES DISTRICT JUDGE

drak2075.801