IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAN CLAY DRAKE,

    Plaintiff,                        No. CIV S-05-2075 JAM GGH P

    vs.

MIKE WHITE, et al.,

    Defendants.                   ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a motion entitled motion to compel Corcoran State Prison Officials to give plaintiff law library access. In his motion, plaintiff alleges that court orders are necessary before he can use the law library and he therefore requests that the court issue an order granting him "Preferred Legal User" status.

        Plaintiff does not allege that he is under a present obligation to submit documents within a time certain and thus has not demonstrated that his right of access to the courts is being impaired. The court will not set a deadline merely for the purpose of insuring the plaintiff additional library time.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's August 25, 2008 motion for a court-ordered deadline (Docket #58) is denied.

DATED: 10/08/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ak
drak2075.80