IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAN DRAKE,

    Plaintiff,                        No. CIV S-05-2075 JAM GGH P

    vs.

MIKE WHITE, et al.,

    Defendants.           <u>ORDER</u>

                                  /

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On September 16, 2010, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on May 4, 2006 and June 19, 2006. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's September 16, 2010 request (Docket No. 102) is denied.

DATED: September 28, 2010

                                         /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:kly
drak2075.31thr